**Marcos GONZALES v. STATE.**

No. 18213.

Court of Criminal Appeals of Texas.

Dec. 18, 1935.

P. M. Tillotson and Fritz Sorrell, both of Pearsall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Phillip HALL v. STATE.**

No. 18146.

Court of Criminal Appeals of Texas.

Dec. 11, 1935.

Jimmie McNichol and Baskett & Parks, all of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Filmore JACKSON v. STATE.**

No. 18199.

Court of Criminal Appeals of Texas.

Dec. 4, 1935.

John L. Compton, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**John Lawrence KIRK v. STATE.**

No. 17780.

Court of Criminal Appeals of Texas.

Nov. 27, 1935.

M. E. Kramer, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for a period of ten years.

The record is before this court without statement of facts and bills of exception. The indictment appears regular and regularly presented. Nothing is presented requiring discussion or warranting a reversal.

The judgment is affirmed.